Construction Co., Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

James N. Cleary and Another, Suing on Behalf of Themselves and All Other Stockholders of Fox Film Corporation, etc., Appellants, Impleaded with Mary M. Kaplan, on Behalf of Herself and All Other Holders of General Theatres Equipment Ten-Year Six Per Cent Convertible Gold Debentures, etc., Plaintiffs, v. William F. Redmond and Another, Copartners, etc., and Others, Defendants, Impleaded with Electrical Research Products, Inc., and Others, Respondents. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., takes no part.

The Equitable Life Assurance Society of the United States, Appellant, v. 2727 Broadway Corporation and Spear Securities Corporation, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: Ace Mail Advertising, Inc., Judgment Creditor, Respondent, v. Harry Newgold, Judgment Debtor, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [150 Misc. 320.]

Ace Mail Advertising Co., Inc., Respondent, v. Harry Newgold, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [150 Misc. 320.]

Saul J. Baron, as Temporary Administrator, etc., of Abraham L. Erlanger, Deceased, Respondent, v. Mitchell L. Erlanger and Others, Appellants, and Edgar J. Kohler, as Receiver, Impleaded Defendant, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the impleaded defendant, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Saul J. Baron, as Temporary Administrator, etc., of Abraham L. Erlanger, Deceased, Respondent, v. Mitchell L. Erlanger and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Charles Brendler, as Receiver of the Property of New York Holding Corporation, Appellant, v. Nathan Novick, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Richard D. Wyckoff and Manufacturers Trust Company, as Successor Trustee, etc., Respondents, v. Ticker Publishing Company (a Corporation) and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frederic L. Thompson, Respondent, v. Horace J. Brookes, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent.